[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Johnathan Lacy

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Unknown Staff

_____

1:22-cv-01442
Judge Sara L. Ellis
Magistrate Judge Heather K. McShain
PC1
DIRECT

**RECEIVED**

MAR 18 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

√      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Johnathan Lacy

B. List all aliases: NONE

C. Prisoner identification number: 20200420040

D. Place of present confinement: Cook County Jail

E. Address: 2700 S California, Chicago IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Unknown Staff

Title: ___

Place of Employment: ___

B. Defendant: Unknown Staff

Title: ___

Place of Employment: ___

C. Defendant: Unknown Staff

Title: ___

Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: DON'T KNOW IT!

B. Approximate date of filing lawsuit: DON'T KNOW IT!

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: DON'T KNOW IT!

D. List all defendants: DON'T KNOW IT!

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): DON'T KNOW IT!

F. Name of judge to whom case was assigned: DON'T KNOW IT!

G. Basic claim made: DON'T KNOW IT!

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DON'T KNOW IT!

I. Approximate date of disposition: DON'T KNOW IT!

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was brought to the 3rd floor of Div-8 cage from the second floor. Upon arriving I was met with staff that were verbal disrespectful. I was told to go into a cage that was suppose to be infected by inmates with the Cov-19 virse. I was pushed, pounched and slamed to the floor by more then 5 staff. While on the floor I was beat and told not to fight back. Im a wheelchair bound inmate... After this phyical attercation I was kept in this cage on the third floor Div-8, for over 24 hours. There's no tolet or running water! Im a parlyzed inmate that's wheelchair bound. I was forced to use the bathroom on myself. I

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

told staff MEMBERS OF ME doing so AND I WAS called NAMES like "Pissy" AND "Shitty". I WAS FORced to sleep oN the cold floor with Nothing. And I WAS NOT given A change of Clothes untill the NExt day.

IM Suing FOR EXCESSIVE FORCE, Failure to protect, CRUEl AND UNSUAl puNishMENt, Police brutiety, PAIN AND Suffering.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

~~I want to be compensated~~

I would like to be Awarded for punitive damages for what I've been through, for tort claims, and any other damages the ~~Beens~~ court ~~has to~~ may deem fit.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11 day of MARch 20 2022

*V. Lacy*
(Signature of plaintiff or plaintiffs)

Johnathan Lacy
(Print name)

20200420040
(I.D. Number)

2700 S. California Chicago IL, 60608
(Address)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* LACY
**PRINT - FIRST NAME** *(Primer Nombre):* JohNAthAN
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20200420040
**DIVISION** *(División):* 8
**LIVING UNIT** *(Unidad):* 4A
**DATE** *(Fecha):* 4/27/2020

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 4-26-2020 | 10:30 pm | D.U. 8 - 3 cage | All staff that worked 4A |

On the above date and around above time I was put in the cage of third floor D.U. 8 for over 24 hours, there's no toilet or running water. I'm a paralyzed inmate that's wheelchair bound. I was forced to use the bathroom on myself. I told staff members of me doing so and I was called names like pissy and shitty. I was forced to sleep on the cold floor with nothing. And I was not given [a change of clothes until the next day]

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*
All staff members that worked that day and shift.

**INMATE SIGNATURE:** *(Firma del Preso)* J. Lacy

This grievance must be reviewed and signed. SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Sgt Henderson
**SIGNATURE:** [signed]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 5-4-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !   *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Lacy | Johnathan | 20200420040 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 5 | 4A | 4/27/20 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 4-20-20 | 10:45 am | Div 8, 3 floor cage | All staff that worked |

I was brought to the 3rd floor of Div. 8 cage from the second floor. Upon arriving I was met with staff that were violable disrespectful. I was told to go into a cage that was suppose to be infected by inmates with the Con-19 virse. I was pushed, ~~and pounded pouched and~~ slamed to the floor by more then 5 staff, while on the floor I was beat and told not to ~~f~~ fight back. Im a wheelchair bound inmate...

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| All staff the worked | J. Lacy |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Supv L. Fenderson | [signature] | 5-4-20 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-73)(NOV 17)   **(WHITE COPY** – INMATE SERVICES)   **(YELLOW COPY** – CRW/PLATOON COUNSELOR)   **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2020X04734
INMATE #: 042555

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Lacy
**INMATE FIRST NAME** *(Primer Nombre):* Jhnathan
**ID Number** *(# de Identificación):* 20200420040

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 2600 - Misconduct (Non Physical) by Guard/Staff

**IMMEDIATE CRW RESPONSE (if applicable):** CRW Immediately Notified the Divisional Shift Commander. CRW Immediately Notified the Divisional Dispensary of Inmates concerns.

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services):* OPR-IS
**DATE REFERRED:** 5/11/2020

### RESPONSE BY PERSONNEL HANDLING REFERRAL

- See attachment -

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** L. Hampton
**SIGNATURE:** [signed]
**DIV./DEPT.:** I.S.
**DATE:** 5/11/20

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE** *(Firma del Preso):* J. Lacy — Delv Via COVID19
**DATE RESPONSE WAS RECEIVED:** 5/11/2020

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE COPY**

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 5/11/2020

I APPEAL BECAUSE THERE WAS NO ACTION TAKEN OR DONE ABOUT INSIDENT.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to Stand

**INMATE SERVICES DIRECTOR/DESIGNEE:** [signed] J Mu___
**SIGNATURE:** [signed]
**DATE:** 5/27/20

### THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE SIGNATURE** *(Firma del Preso):* Delv. Via Covid 19 Piece G___
**DATE APPEAL RESPONSE WAS RECEIVED:** 5/28/20

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

# Inmate Grievance Number: <u>2020x04754</u>
## *Numero De Queja*

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

*Su alegación(es) han sido enviadas a la Oficina del Departamento de Revisión Professional (OPR) y al Superintendente de la División para una revisión y/o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below *or* submitting an inmate request form, to speak with the Divisional Superintendent.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo o sometiendo una Forma de Solicitud del Preso para poder hablar con el Superviniente de la División.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INMATE COPY

 

## COOK COUNTY SHERIFF'S OFFICE
## OFFICE OF PROFESSIONAL REVIEW
3026 S. California, Bldg. 2, 4th Floor, Chicago, IL 60608
Telephone: (773) 674-7580

July 29, 2020

Mr. Johnathan L. Lacy, ID#2020-0420040
Cook County Department of Corrections
Housing Location #DIV08-4A-6-1_X

Dear Mr. Johnathan L. Lacy:

The Office of Professional Review has completed its review in case #DR2020-0176.

Due to the confidentiality issues, we are not at liberty to provide the findings of any investigation or the names of the Cook County Sheriff's Office employee(s) involved in the investigation.

Sincerely,

*Rochelle Parker*

Rochelle Parker
Director
Office of Professional Review

RP:ls
CC: Case File