JohNAthAN LACY
2700 S. CALiFORNiA
ChicAgo IL, 60608



UNiTed STATes DisTricT CourT.
219 S. DEARBORN ST. (20th Floor)
Chicago IL, 60604



1:22-cv-01442
Judge Sara L. Ellis
Magistrate Judge Heather K. McShain
PC1
DIRECT

03/18/2022-10