# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Johnathan Lacy

                    Plaintiff,

v.                                                            Case No.: 1:22–cv–01442

                                                                    Honorable Sara L. Ellis

County of Cook, et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Heather K. McShain for the purpose of holding proceedings related to: settlement conference.(rj, )Mailed notice.

Dated: February 6, 2023

                                                                                  /s/ Sara L. Ellis

                                                                   United States District Judge