UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01442 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, COOK COUNTY SHERIFF THOMAS DART, UNKNOWN COOK COUNTY CORRECTIONAL OFFICERS, | ) ) ) ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF**
**CONFIDENTIALITY ORDER**

NOW COME Defendants, COUNTY OF COOK and COOK COUNTY SHERIFF THOMAS DART, by and through their attorneys DeVore Radunsky LLC, and in support of this Agreed Motion for Entry of Confidentiality Order, states the following:

1. The parties communicated on February 13, 2023, and agreed that the entry of a Confidentiality Order was necessary and to ensure all documents produced in this case were bates stamped privileged and/or confidential.

2. The proposed Confidentiality Order is based upon the "model" Confidentiality Order set forth on Your Honor's Court homepage and attached to this motion as Exhibit "A".

WHEREFORE, Defendants, COUNTY OF COOK and COOK COUNTY SHERIFF THOMAS DART, by and through their attorneys DeVore Radunsky LLC, and Plaintiff,

JONATHAN LACY, by and through his attorneys, Schain, Banks, Kenny & Schwartz, respectfully request an Order entered as follows:

1. The Motion for Entry of Confidentiality Order is granted,

2. The Confidentiality Order is entered, and

3. Any further relief this Court deems appropriate.

                                                                                          Respectfully Submitted,

By: */s/ Jason E. DeVore*                          By:/s/*Nicholas Standiford*
Jason E. DeVore                                      Nicholas Standiford
Attorney for Defendants                          Attorney For Plaintiff
DeVore Radunsky LLC                            Schain Banks
230 W. Monroe St., Ste 230                   70 W. Madison, Suite 2300
Chicago, Illinois 60606                             Chicago, IL 60602
jdevorey@devoreradunsky.com           nstandiford@schainbanks.ocm

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on March 17, 2023, he electronically filed the foregoing document, which will send a notice of electronic filing to all counsel of record.

                                                         */s/ Jason E. DeVore*
                                                         Jason E. DeVore