UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01442 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, COOK COUNTY SHERIFF THOMAS DART, UNKNOWN COOK COUNTY CORRECTIONAL OFFICERS, | ) ) ) ) | Honorable Sara L. Ellis |
| | ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

On **Thursday March 23rd at 1:45 pm**, or as soon thereafter as counsel may be heard, we shall appear via phone before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present Jason E. DeVore's **Agreed Motion for Entry of Qualified Protective Order** and **Agreed Motion for Confidentiality Order.**

                              Respectfully Submitted,

        By:    */s/ Jason E. DeVore*
                  Jason E. DeVore, One of the
                  Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Motion w**as filed on **March 17, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                         */s/ Zachary Stillman*
                                         Zachary Stillman