**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:22-cv-01442 |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF COOK, COOK COUNTY | ) | Honorable Sara L. Ellis |
| SHERIFF THOMAS DART, | ) | |
| UNKNOWN COOK COUNTY | ) | |
| CORRECTIONAL OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RE-NOTICE OF MOTION AND CERTIFICATE OF SERVICE

On **Thursday March 30th at 1:45 pm,** or as soon thereafter as counsel may be

heard, we shall appear via phone before the Honorable Sara L. Ellis, occupying Room 1403,

in the United States District Court for the Northern District of Illinois, and we will then and

there present Jason E. DeVore's **Agreed Motion for Entry of Qualified Protective Order**

and **Agreed Motion for Confidentiality Order.**

                                        Respectfully Submitted,

                        By:     */s/ Jason E. DeVore*
                                Jason E. DeVore, One of the
                                Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Foregoing **Re-Notice of Motion** **w**as filed on **March 23, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary Stillman*
Zachary Stillman