**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JONATHAN LACY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1: 22-cv-01442 |
| ) | |
| vs. ) | Hon. Sara L. Ellis |
| ) | |
| COUNTY OF COOK, COOK COUNTY SHERIFF ) | |
| THOMAS DART, and UNKNOWN COOK COUNTY ) | |
| CORRECTIONAL OFFICERS, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' AGREED MOTION TO**
**CONTINUE APRIL 25, 2023, CASE MANAGEMENT CONFERENCE**

NOW COME Defendants COOK COUNTY, a Body Politic and Corporate (Incorrectly named as County of Cook), COOK COUNTY SHERIFF THOMAS DART, and UNKNOWN COOK COUNTY CORRECTIONAL OFFICERS (collectively "Defendants"), by and through their attorneys, Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky LLC, and for their Agreed Motion to Continue the Case Management Conference, set for April 25, 2023, state as follows:

1. Plaintiff's Counsel has confirmed that this motion is agreed and unopposed.

2. On February 6, 2023, this Court issued an order setting for April 25, 2023, at 9:30 AM, a combined Case Management Conference in this matter and *Lacy v. Gust et al.*, Case No. 22-cv-01335. ECF No. 19.

3. On March 23, 2023, Counsel for Defendants was ordered to participate in an in person mandatory arbitration occurring on April 25, 2023, at 8:30 AM, in a matter pending before the Circuit Court of Cook County, Illinois.

4. The court-ordered arbitration on April 25, 2023 at 8:30AM will directly conflict with the 9:30AM Case Management Conference for this matter and the other *Lacy* matter.

1

5. Accordingly, Defendants respectfully request that this Court grant this motion and continue the scheduled case management conference 7 days, until **May 2, 2023, 9:30 AM**.

6. This motion is not being interposed for any improper purpose, undue delay or harassment.

WHEREFORE, Defendants respectfully request that this Honorable Court enter the following Order:

1. Granting Defendants' Agreed Motion to Continue the April 25, 2023, Case Management Conference;

2. Continuing the currently scheduled April 25, 2023, 9:30 AM, Case Management Conference 7 days, until **May 2, 2023, 9:30 AM**.; and

3. For any other relief this Court feels reasonable and just.

Respectfully Submitted,

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that **Defendants' Agreed Motion to Continue April 25, 2023, Case Management Conference** was filed on April 14, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                            */s/ Zachary Stillman*
                                            Zachary Stillman

Case: 1:22-cv-01442 Document #: 32 Filed: 04/14/23 Page 3 of 3 PageID #:94