**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JONATHAN LACY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1: 22-cv-01442 |
| ) | |
| vs. ) | Hon. Sara L. Ellis |
| ) | |
| COUNTY OF COOK, COOK COUNTY SHERIFF ) | |
| THOMAS DART, and UNKNOWN COOK COUNTY ) | |
| CORRECTIONAL OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

On **April 19, 2023 at 9:45 am**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present **Defendants' Agreed Motion to Continue April 25, 2023, Case Management Conference.**

Respectfully Submitted,

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the Foregoing **Notice of Defendants' Agreed Motion to Continue April 25, 2023, Case Management Conference** was filed on **April 14, 2023**, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Zachary Stillman*
Zachary Stillman

1