## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-01442 |
| | ) | |
| COUNTY OF COOK, COOK COUNTY SHERIFF THOMAS DART, UNKNOWN COOK COUNTY CORRECTIONAL OFFICERS, | ) ) ) ) | Honorable Sara L. Ellis<br><br>JURY DEMANDED |
| Defendants. | ) | |

### JOINT STATUS REPORT

NOW COME the Parties, pursuant to this Court's docket entry on February 6, 2023 (Dkt. No. 19), to provide the following Joint Status Report regarding the status of service, Defendants' responsive pleadings, discovery, and settlement:

**1. Status of Service on Unknown Cook County Correctional Officers**

Plaintiff has not yet identified or served the unknown Cook County Correctional Officers. Plaintiff intends to serve Defendant Cook County Sheriff Thomas Dart with written discovery requests to aid in identifying said officers by the end of the day on April 19, 2023.

**2. Status of Defendants' Response to Complaint**

Defendants plan to file a Motion to Dismiss. Pursuant to this Court's docket entry on February 6, 2023, Defendants have until April 21, 2023, to file a Motion to Dismiss. Our proposed briefing schedule is as follows: Plaintiff's Response to the Motion to Dismiss shall be due on or before May 26, 2023. Defendants' Reply in support of their Motion to Dismiss shall be due on or before June 30, 2023.

3. **Status of Discovery**

No discovery has been conducted at this time. The parties propose that Mandatory Disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, be due 14 days following a ruling on Defendants' Motion to Dismiss, and that written discovery requests be issued within 28 days of said ruling. The parties have cooperated to enter agreed protective and confidentiality orders.

4. **Status of Settlement**

On February 24, 2023, Plaintiff submitted a proposed Settlement demand to Defendants, in compliance with this Court's order on February 9, 2023 (Dkt. No. 21). Defendants did not submit a counteroffer, and instead the parties had a brief settlement conference with Magistrate on March 10, 2023. It was determined that an extensive settlement conference would not be productive at that time and that discovery should proceed before further engaging in settlement discussions. *See* Dkt. No. 35.

Respectfully submitted,

| **JONATHAN LACY** | **COOK COUNTY AND SHERIFF DART** |
|---|---|
| By: /s/ *Nicholas D. Standiford* | By: /s/ *Jason E. DeVore* |
| SCHAIN, BANKS, KENNY & SCHWARTZ, LTD. | DEVORE RADUNSKY LLC |
| Ronald S. Cope (ARDC # 051256) | Jason E. DeVore (ARDC # 6242782) |
| Nicholas D. Standiford (ARDC # 6315763) | Zachary Stillman (ARDC # 6342749) |
| 70 W. Madison Street, Suite 2300 | 230 W. Monroe Street, Ste. 230 |
| Chicago, Illinois 60602 | Chicago, IL 60606 |
| Phone: (312) 345-5700 | (312) 300-4479 telephone |
| rcope@schainbanks.com | jdevore@devoreradunsky.com |
| nstandiford@schainbanks.com | zstillman@devoreradunsky.com |