IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-01442 |
| | ) | |
| COUNTY OF COOK, COOK COUNTY | ) | Honorable Sara L. Ellis |
| SHERIFF THOMAS DART, UNKNOWN | ) | |
| COOK COUNTY CORRECTIONAL | ) | JURY DEMANDED |
| OFFICERS, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE AND SERVE SECOND AMENDED COMPLAINT**

NOW COMES the Plaintiff, JONATHAN LACY ("Plaintiff), by and through one of his attorneys of record, RONALD S. COPE, and for his Motion to Extend the Deadline to File and Serve his Second Amended Complaint, and in support thereof states as follows:

1. On September 28, 2023, this Court entered its Opinion and Order on Defendant's Motion to Dismiss, dismissing Plaintiff's complaint without prejudice and ordering Plaintiff to Serve the Unknown Officers within 30 days. *See* ECF No. 40. The thirty-day deadline is currently set for Saturday, October 28, 2023.

2. Defendants' Motion to Dismiss was originally filed on April 21, 2023. *See* ECF No. 36. Following the filing of Defendants' Motion, this Court stayed the discovery pending a ruling. *See* ECF No. 37. As such, no discovery was conducted prior to the Court's ruling on September 28, 2023.

3. On September 29, 2023, Plaintiff, by and through his attorneys, submitted a Freedom of Information Act Request ("FOIA Request") to the Cook County Sheriff's Office

1

seeking information that could help identify the unknown officers. *See* FOIA Confirmation Email, attached hereto as **Exhibit 1**.

4. Furthermore, on October 3, 2023, Plaintiff, by and through his attorneys, served Defendants with limited scope requests to produce, which also sought information that could help identify the unknown officers. *See* Requests to Produce, attached hereto as **Exhibit 2**. *See also* Requests to Produce email chain, attached hereto as **Exhibit 3**.

5. Notably, the requests sought agreement for Defendant's to respond within fourteen (14) days, rather than the 30 allowed by the Federal Rules of Civil Procedure. Defendants' attorneys responded that they did not think the 14-day request was unreasonable, and that they would discuss it with their client. *See* Ex. 3.

6. On October 20, Defendants' attorney responded, indicated that they would be taking the full 30 days allowed, and therefore would not answer the requests until November 3, 2023. *See* Ex. 3.

7. Furthermore, on October 6, 2023, the Sheriff's Office responded to the FOIA requesting a letter of engagement so they could satisfy the consent requirement needed for the documents requested. A letter of engagement was sent on October 9, 2023. However, at the time of this Motion the FOIA is still "in progress" and no documents have been received. *See also* FOIA Request email chain, attached hereto as **Exhibit 4.**

8. Following this Court's ruling Plaintiff acted quickly in an attempt to identify the unknown officers. Upon information and belief, the information regarding the identity of the officers, or at least the means to obtain the identities of the officers, is in full possession and control of Defendants. However, such information will not be obtained until November 3, 2023, as Defendants indicated in their email. *See* Ex. 3.

9. Plaintiff's therefore ask this court for a 14-day extension, until Saturday, November 11, so they can receive the information requested from Defendants and have the opportunity to identify and serve the unknown officers.

10. The next court status is not set until November 14, 2023, and the amended status report is due November 7, 2023. Furthermore, this motion is not brought for the purposes of aggravation or delay, and Plaintiff merely seeks additional time to obtain and review the information already in control of Defendants.

Wherefore, for the foregoing reasons, Plaintiff, JONATHAN LACY, prays that this Court grant Plaintiff a FOURTEEN ("14') day extension of time for him to file and serve his Second Amended Complaint.

                                              Respectfully submitted,

                                              JONATHAN LACY

                                    By: /s/ Ronald S. Cope
                                         One of His Attorneys

Ronald S. Cope, ARDC# 0515256
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
rcope@schainbanks.com

# **EXHIBIT 1**

**FOIA Request :: R047455-092923**

**Cook County Sheriff's Office <cookcountysheriff@govqa.us>**
Fri 9/29/2023 10:53 AM
To:Emily Ottesen <eottesen@schainbanks.com>

Dear Emily Ottesen:

Thank you for your interest in public records of the Cook County Sheriff's Office. Your request was received in this office on 9/29/2023 and given the reference number R047455-092923 for tracking purposes.

Your request will be forwarded to the relevant department(s) to locate the information you seek and to determine the volume and any costs associated with satisfying your request. You will be contacted about the availability and/or provided with copies of the records in question.

To monitor the progress or update this request please log into the FOIA Request Center



# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-01442 |
| | ) | |
| COUNTY OF COOK, COOK COUNTY | ) | Honorable Sara L. Ellis |
| SHERIFF THOMAS DART, UNKNOWN | ) | |
| COOK COUNTY CORRECTIONAL | ) | JURY DEMANDED |
| OFFICERS, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RULE 34 LIMITED SCOPE DOCUMENT REQUESTS TO DEFENDANTS**

The Plaintiff, JONATHAN LACY, by and through his attorneys, SCHAIN, BANKS, KENNY & SCHWARTZ, LTD., hereby propounds the following requests for the production of documents pursuant to Fed. R. Civ. Pro. 34 and this Court's Opinion and Order entered on September 28, 2023 (ECF 40) to be answered by the Defendants within 14 days of service hereof:

1. Any and all documents related to any internal investigation into the incident(s) described in Plaintiff's Amended Complaint or the allegations contained therein, including any and all internal investigations and/or investigations performed by Internal Affairs or the Crisis Management Unit into the incident and the officers involved.

2. Any and all documents showing all persons who were present in second-floor intake area of the Cook County Jail on April 19, 2020, including inmates and Cook County employees.

3. Any and all documents showing all persons who were responsible for processing, escorting, or otherwise involved with the intake process on April 19, 2020.

                                      Respectfully submitted,
                                      JONATHAN LACY

                                      By: /s/ *Ronald S. Cope*
                                            One of his attorneys.

Ronald S. Cope (ARDC # 051256)
Nicholas D. Standiford (ARDC # 6315763)

SCHAIN, BANKS, KENNY & SCHWARTZ, LTD.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: (312) 345-5700
rcope@schainbanks.com
nstandiford@schainbanks.com

# **EXHIBIT 3**

**Re: Lacy v. Gust (1335) Requests to Produce**

Emily Ottesen <eottesen@schainbanks.com>

Fri 10/20/2023 11:07 AM

To:Troy Radunsky <tradunsky@devoreradunsky.com>;Nick Standiford <nstandiford@schainbanks.com>;John Spellman <jspellman@schainbanks.com>;Jason DeVore <jdevore@devoreradunsky.com>;Zachary Stillman <zstillman@devoreradunsky.com>

Cc:Ronald S. Cope <rcope@schainbanks.com>

We understand that the rules allow for 30 days, that is why we asked when served if 14 days would be adequate. Thanks for the heads up.

**EMILY OTTESEN**

A T T O R N E Y

d: 312-345-5716 | c: 847-989-5654

eottesen@schainbanks.com

www.schainbanks.com
70 W. Madison Street, Suite 5400, Chicago, IL 60602

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Friday, October 20, 2023 11:05:57 AM
**To:** Emily Ottesen <eottesen@schainbanks.com>; Nick Standiford <nstandiford@schainbanks.com>; John Spellman <jspellman@schainbanks.com>; Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Ronald S. Cope <rcope@schainbanks.com>
**Subject:** RE: Lacy v. Gust (1335) Requests to Produce

Good morning Emily,

I see that your requests were served on 10.3.23 and per the federal rules, as you know, we have 30 days or until November 3, 2023 to respond. We will respond when they are due.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

**From:** Emily Ottesen <eottesen@schainbanks.com>
**Sent:** Friday, October 20, 2023 9:56 AM
**To:** Nick Standiford <nstandiford@schainbanks.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; John Spellman <jspellman@schainbanks.com>; Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Ronald S. Cope <rcope@schainbanks.com>
**Subject:** Re: Lacy v. Gust (1335) Requests to Produce

Hi Troy,

Following up on our requests. As you know, the Court has ordered us to file the amended complaint and have it served by Sunday 10/29. Please let us know if you will be able to provide answers to the limited scope requests this week.

Thanks,
Emily


**EMILY OTTESEN**

ATTORNEY

d: 312-345-5716 | c: 847-989-5654

**From:** Nick Standiford <nstandiford@schainbanks.com>
**Sent:** Tuesday, October 3, 2023 4:07 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>; John Spellman <jspellman@schainbanks.com>; Emily Ottesen <eottesen@schainbanks.com>; Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Ronald S. Cope <rcope@schainbanks.com>
**Subject:** RE: Lacy v. Gust (1335) Requests to Produce

Thanks, Trory.

We appreciate it.

Nick

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, October 3, 2023 4:01 PM
**To:** John Spellman <jspellman@schainbanks.com>; Emily Ottesen <eottesen@schainbanks.com>; Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Nick Standiford <nstandiford@schainbanks.com>; Ronald S. Cope <rcope@schainbanks.com>
**Subject:** RE: Lacy v. Gust (1335) Requests to Produce

Good afternoon Nick and Emily,

We will get back to you on this issue tomorrow. We need to speak to our clients, but at first blush your ask doesn't seem unreasonable assuming the information can be quickly ascertained.

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com
*Recognized by SuperLawyers*



*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** John Spellman <jspellman@schainbanks.com>
**Sent:** Tuesday, October 3, 2023 3:18 PM
**To:** Emily Ottesen <eottesen@schainbanks.com>; Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Cc:** Nick Standiford <nstandiford@schainbanks.com>; Ronald S. Cope <rcope@schainbanks.com>
**Subject:** Lacy v. Gust (1335) Requests to Produce

All,

Please see the attached requests to produce. Please note that we have noticed this up for fourteen days, given the nature of Judge Ellis' 9/28 order. The scope is only related to the identities of the unnamed officers in order to make the fourteen-day deadline feasible. Please let us know if you will stipulate to the fourteen-day notice window, otherwise we will seek a court order.

Thank you,
Jack Spellman

**JACK SPELLMAN**
LAW CLERK

d: 312-345-5758
jspellman@schainbanks.com
www.schainbanks.com
70 W. Madison Street, Suite 5400, Chicago, IL 60602



# EXHIBIT 4

**Re: [Records Center] FOIA Request :: R047455-092923**

Emily Ottesen <eottesen@schainbanks.com>
Mon 10/9/2023 11:50 AM
To:Cook County Sheriff's Office <cookcountysheriff@govqa.us>

📎1 attachments (144 KB)
Lacy - SIGNED Engagement Letter.pdf;

Good afternoon,

We do have an engagement letter, which we have attached to this email.

Thanks,
Emily

**EMILY OTTESEN**
ATTORNEY

d: 312-345-5716 │ c: 847-989-5654

**From:** Cook County Sheriff's Office <cookcountysheriff@govqa.us>
**Sent:** Friday, October 6, 2023 5:17 PM
**To:** Emily Ottesen <eottesen@schainbanks.com>
**Subject:** [Records Center] FOIA Request :: R047455-092923


--- Please respond above this line ---



RE: FOIA Request of September 29, 2023, Reference # R047455-092923

Dear Emily Ottesen,

Thank you for contacting the Cook County Sheriff's Office ("CCSO") pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 et seq. (2012). Please be advised that at this time the CCSO is in need of additional information to process your request.

Your request mentioned:

**This FOIA is being sent in connection with the matter Lacy v. Doe - Case No.: 1:22-cv-01442**

*involving an incident that took place in Div-8 3 Cage or DIV08-4A-6-1_X on April 20, 2020 involving Jonathan Lacy.*

*We are looking for any reports, grievances, and Office of Professional Review reports in connection with this incident. We believe the report number may be DR2020-0176 - however that may involve a different incident. See pages 7-11 of attached doc.*

*Additionally, we are looking for the names of any and all officers working in the Div. 8 Cage on 4/20/20.*

Do you have an engagement letter with Mr. Lacy? There is information we would protect under 5 ILCS 140/7(1)(c) and (d)(iv) that would mean denial in whole of any records of Mr. Lacy as a witness or complainant. An engagement letter with Mr. Lacy would satisfy the consent requirement of (c).

Please contact us by replying to this email if you have any further concerns/questions related to this request.

Sincerely,

Sarah Smith
Cook County Sheriff's Office
FOIA Officer/Legal Department

To monitor the progress or update this request please log into the FOIA Request Center

