# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JONATHAN LACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:22-cv-01442 |
| ) | |
| COUNTY OF COOK, COOK COUNTY ) | Honorable Sara L. Ellis |
| SHERIFF THOMAS DART, UNKNOWN ) | |
| COOK COUNTY CORRECTIONAL ) | JURY DEMANDED |
| OFFICERS, ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:** Jason E. DeVore (ARDC # 6242782)
Zachary G. Stillman (ARDC # 6342749)
230 West Monroe Street, Suite 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

PLEASE TAKE NOTICE that on **October 26, 2023, at 1:45 pm**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sara L. Ellis, occupying Room 1403, in the United States District Court for the Northern District of Illinois, and we will then and there present Plaintiff Jonathan Lacy's **Motion To Extend Deadline To File And Serve Second Amended Complaint.**

| | |
|---|---|
| Ronald S. Cope (ARDC No. 051256) | **JONATHAN LACY,** |
| SCHAIN, BANKS, KENNY & SCHWARTZ, LTD. | |
| 70 W. Madison Street, Suite 5400 | |
| Chicago, Illinois 60602 | |
| Phone: (312) 345-5700 | By: /s/ Ronald S. Cope |
| rcope@schainbanks.com | One of his attorneys |

- 2 -

## CERTIFICATE OF SERVICE

    Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that a copy of this Notice and the **Plaintiff's Motion To Extend Deadline To File And Serve Second Amended Complaint.,** was served on each person to whom it is addressed via email on October 23, 2023. The undersigned further certifies that copies of the same were filed on October 23, 2023,with the Northern District of Illinois' ECF System.

                                                      */s/ Ronald S. Cope*
                                                      Ronald S. Cope