# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Johnathan Lacy

                                  Plaintiff,

v.                                                        Case No.: 1:22–cv–01442
                                                               Honorable Sara L. Ellis

County of Cook, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for extension of time [41]. Plaintiff should file his amended complaint and serve the unknown officers by 11/11/2023. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.