IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-01442 |
| | ) | |
| COUNTY OF COOK, COOK COUNTY | ) | Honorable Jeffery I. Cummings |
| SHERIFF THOMAS DART, UNKNOWN | ) | |
| COOK COUNTY CORRECTIONAL | ) | JURY DEMANDED |
| OFFICERS, | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME the Parties, pursuant to this Court's docket entry on September 28, 2023 (Dkt. No. 40), to provide the following Joint Status Report regarding the status of Plaintiff's Second Amended Complaint, Service on the Unknown Defendants and to Set a Discovery Schedule:

**BACKGROUND**

On May 1, 2023, this Court stayed discovery, pending ruling on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 37). On September 28, 2023, this Court granted Defendants' Motion to Dismiss in part as follows: (1) The Court Dismisses the substantive claims against Cook County with prejudice. Cook County remains in this case solely for indemnification purposes; and (2) The Court dismisses the *Monell* claim (Count III) against Sheriff Dart without prejudice. The Court orders Lacy to serve the Unknown Officers within thirty (30) days (by October 29, 2023).

Thereafter, on October 3, 2023, Plaintiff served discovery on Defendants seeking information regarding the identity of unknown officers. Additionally, Plaintiff filed a Motion for Extension

of Time to Serve the Unknown Officers, which was granted on October 26, 2023, allowing Plaintiff until November 11, 2023, to amend his complaint and effectuate service upon the unknown officers. (Dkt. No. 41.)

1. Status of Service on Unknown Cook County Correctional Officers

Defendants timely responded to requests to produce and provided documents in response to Plaintiff's Requests to Produce, which were first served on Defendants on October 3, 2023. No issues remain regarding the discovery Plaintiffs served on October 3, 2023.

Plaintiff has, to the best of his knowledge, procured the identity of the Unknown Cook County Correctional Officers through Defendants' answers to Plaintiff's limited scope requests to produce. Plaintiff intends to file his Second Amended Complaint Identifying Said Officers and provide Defense Counsel with Waiver of Service Forms pursuant to Federal Rule of Civil Procedure 4(d) by Friday 11/10/23.

2. **Next Steps and Proposed Discovery Schedule**

The only remaining Party Defendant regarding substantive claims is Sheriff Thomas Dart, because Cook County remains a Defendant for indemnification purposes **only**. The Second Amended Complaint has not yet been filed, but Defendant Dart expects to file another Motion to Dismiss. Defendant Cook County expects to answer the allegations regarding its limited role as indemnitor.

The parties propose the following briefing schedule: Sheriff Thomas Dart shall file his Motion to Dismiss and Cook County shall file its Answer to the Second Amended Complaint by December 20, 2023. Plaintiff's Response to the Motion to Dismiss shall be due by January 12, 2024. Defendant Sheriff Thomas Dart's Reply in support of his Motion to Dismiss shall be filed

by January 26, 2024. The deadlines proposed for filing Defendant Dart's Motion to Dismiss are slightly longer than would otherwise be requested, however, the delayed dates relate to the absence of Defendants' Counsel's associate attorney, who will be away on his honeymoon during late November and early December.

The parties propose that Mandatory Disclosures, pursuant to Rule 26 of the Federal Rules of Civil Procedure, be due 28 days following a ruling on Defendant Sheriff Thomas Dart's Motion to Dismiss Plaintiff's Second Amended Complaint, and that written discovery requests be issued within 60 days of said ruling.

Respectfully submitted,

| **JONATHAN LACY** | **COOK COUNTY AND SHERIFF DART** |
|---|---|
| By: /s/ *Ronald S. Cope* | By: /s/ *Jason E. DeVore* |
| SCHAIN, BANKS, KENNY & SCHWARTZ, LTD. | DEVORE RADUNSKY LLC |
| Ronald S. Cope (ARDC # 051256) | Jason E. DeVore (ARDC # 6242782) |
| 70 W. Madison Street, Suite 5400 | Troy S. Radunsky (ARDC # 6269281) |
| Chicago, Illinois 60602 | 230 W. Monroe Street, Ste. 230 |
| Phone: (312) 345-5700 | Chicago, IL 60606 |
| rcope@schainbanks.com | (312) 300-4479 telephone |
|  | jdevore@devoreradunsky.com |
|  | tradunsky@devoreradunsky.com |