**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Johnathan Lacy
                    Plaintiff,

v.                                        Case No.: 1:22−cv−01442
                                                        Honorable Jeffrey I Cummings

County of Cook, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 29, 2023:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint reassignment status report [49] and plaintiff's opposed second motion for extension of time to serve second amended complaint [50] and orders as follows. Plaintiff's motion for extension of time [50] is granted. Plaintiff shall serve the second amended complaint no later than 12/26/23. Defendants shall answer or otherwise plead by 1/19/24. Discovery remains stayed at this time until further order of the Court. Status hearing is set for 2/12/24 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.