IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN LACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:22-cv-01442 |
| | ) | |
| COOK COUNTY, COOK COUNTY | ) | Honorable Jeffery I. Cummings |
| SHERIFF THOMAS DART, ADIS | ) | |
| SKENDEROVIC, RICHARD PASQUEL, | ) | JURY DEMANDED |
| TIM SPRYSZAK, MARTIN HILL, ELIAS | ) | |
| GUERECA, JOSUE GARCIA, AND | ) | |
| DERMAN TAYLOR. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S THIRD MOTION TO EXTEND DEADLINE TO SERVE SECOND AMENDED COMPLAINT ON CERTAIN DEFENDANTS**

NOW COMES the Plaintiff, JONATHAN LACY ("Plaintiff), by and through his attorneys of record, SCHAIN, BANKS, KENNY, and SCHWARTZ, ltd., and for his Second Motion to Extend the Deadline to Serve his Second Amended Complaint on Defendants Adis Skenderovic, Tim Spryszak, Josue Garcia, and Derman Taylor, and in support thereof states as follows:

1. On September 28, 2023, this Court entered its Opinion and Order on Defendant's Motion to Dismiss, dismissing Plaintiff's complaint without prejudice and ordering Plaintiff to Serve the Unknown Officers within 30 days. *See* ECF No. 40. The thirty-day deadline was originally set for Saturday, October 28, 2023.

2. On October 23, 2023, Plaintiff filed his Motion to Extend the Deadline to File and Serve his Second Amended Complaint. *See* ECF No. 41. In the motion, Plaintiff explained that he had both submitted a Freedom of Information Act Request ("FOIA Request") to the Cook County Sheriff's Office seeking information that could help identify the unknown officers, as well as served Defendants with limited scope requests to produce, which also sought information that

1

could help identify the unknown officers. However, pursuant to the Federal Rules of Civil Procedure, Defendants had 30 days to respond to Plaintiff's requests. Plaintiff, therefore, requested a 14-day extension to allow Plaintiff the opportunity to receive the information requested from Defendants and have the opportunity to identify and serve the unknown officers *See* ECF No. 41.

3. On October 26, 2023, Plaintiff's motion was granted, and Plaintiff was given until November 11, 2023, to identify and serve the unknown defendants. *See* ECF No. 43.

4. On November 2, 2023, Defendants timely answered Plaintiff's limited scope requests to produce. Based on the information contained therein, Plaintiff was able to identify the unknown officers. Plaintiff subsequently filed his Second Amended Complaint on November 8, 2023. *See* ECF No. 48.

5. On November 9, 2023, Plaintiff sent counsel for Defendants Sheriff Dart and Cook County Waiver of Service forms pursuant to Federal Rule of Civil Procedure 4(d).

6. Under Federal Rule of Civil Procedure (4)(d)(1)(F), Defendants are permitted "a reasonable time of at least 30 days" to return the Waiver of Service Forms. This is a minimum amount, but the process could take additional time depending on the individual circumstances of each case.

7. Upon sending the Waiver of Service Forms, counsel for the Defendants communicated with Plaintiff that they did not currently have authority to sign the Waiver of Service forms on behalf of the new defendants, and that they may require additional time in case of any delays resulting from the requisite County procedures for responding to such requests. In order to allow Defense counsel time to procure authority, on November 10, 2023, Plaintiff filed a second motion for an extension of time. *See* ECF No. 50.

8. The motion was granted on November 29, 2023, and Plaintiff was given until December 26, 2023, to serve defendants.

9. Federal Rule of Civil Procedure 4(d)(4) provides that, "[w]hen the plaintiff files a waiver, proof of service is not required and these rules apply as if a summons and complaint had been served <u>at the time of filing the waiver</u>." (Emphasis Added).

10. Defense counsel has received authority to sign waiver of service forms on behalf of Tim Spryszak, Martin Hill, Richard Pasquel, and Elias Guereca, and the waiver of service forms have been filed. *See* ECF Nos. 52-55.

11. Defense counsel has not yet received authority to sign the waiver of service forms on behalf of Defendants Adis Skenderovic, Josue Garcia, and Derman Taylor. Plaintiff therefore requests an additional 21 day extension, giving Plaintiff until January 16, 2024 to receive and file the waiver of service forms for the remaining defendants.

12. This motion is not brought for the purposes of aggravation or delay. Furthermore, discovery is currently stayed pursuant to a prior court order, and the parties have agreed that a continued stay is prudent in light of the current procedural posture of the case and the new defendants. *See* ECF Nos. 49 and 51. Additionally, Defendants answer is not due until January 19, 2024. *See* ECF. No. 51.

13. As with the previous motion, Defendants have indicated that they cannot agree to the present motion to extend. Defendants have specified that their objection to the motion is to preserve any and all defenses and arguments in relation to their Second Motion to Dismiss and any potential additional motions to dismiss.

Wherefore, for the foregoing reasons, Plaintiff, JONATHAN LACY, prays that this Court grant Plaintiff a TWENTY-ONE ("21") day extension of time for him to serve his Second Amended Complaint on the new defendants by January 16, 2024.

Respectfully submitted,

JONATHAN LACY

By: /s/ Ronald S. Cope
One of His Attorneys

Ronald S. Cope, ARDC# 0515256
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
rcope@schainbanks.com