# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Johnathan Lacy

                         Plaintiff,

v.                                                  Case No.: 1:22–cv–01442

                                                              Honorable Jeffrey I Cummings

County of Cook, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 2, 2024:

       MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's third motion to extend deadline to serve second amended complaint on certain defendants [56] is granted. Plaintiff to serve remaining defendants by 1/16/24. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.