**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Johnathan Lacy, et al.
                      Plaintiff,

v.                                         Case No.: 1:22−cv−01442
                                                          Honorable Jeffrey I Cummings

County of Cook, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 24, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings:The 1/24/25 tracking status hearing is stricken and re−set to 3/31/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.