**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jonathan Lacy | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 22-cv-01442 |
| | ) | |
| Cook County, *et al.*, | ) | Judge Jeffrey I Cummings |
| | ) | |
| Defendants. | ) | |
| | ) | Jury Trial Demanded |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on April 10, 2025, Special Assistant Cook County Special Assistant State's Attorney Zachary G. Stillman withdrew their appearance for **DEFENDANTS SHERIFF DART and COOK COUNTY** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jorie R. Johnson., substituted her appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jorie R. Johnson*
Jorie R. Johnson (6325695)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: jjohnson@devoreradunsky.com

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** The **WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **April 10, 2025**.

/s/*Jorie R. Johnson*